1  WRIGHT, FINLAY & ZAK, LLP
   Christina V. Miller, Esq.
2  Nevada Bar No. 12448
   Ramir M. Hernandez, Esq.
3  Nevada Bar No. 13146
   7785 W. Sahara Ave., Suite 200
4  Las Vegas, NV 89117
5  (702) 475-7964; Fax: (702) 946-1345
   rhernandez@wrightlegal.net
6  *Attorneys for Defendant, Fay Servicing, LLC*

7
                    **UNITED STATES DISTRICT COURT**
8                       **DISTRICT OF NEVADA**

9  CHAD BETTS,                                Case No.:  2:22-cv-02162-JCM-EJY

10          Plaintiff,                        **JOINT MOTION TO EXTEND**
                                              **DEADLINE TO RESPOND TO**
11      vs.                                   **PLAINTIFF'S FIRST AMENDED**
                                              **COMPLAINT (SECOND REQUEST)**
12
   CLARITY SERVICES, INC., EXPERIAN
13 INFORMATION SOLUTIONS, INC., FAY
   SERVICING, LLC,
14
15          Defendants.

16

17         Plaintiff, Chad Betts ("Plaintiff"), and Defendant, Fay Servicing, LLC ("Defendant")

18 (collectively "Parties"), by and through their counsel of record, hereby stipulate and agree as

19 follows:

20         On January 18, 2023, Plaintiff filed his First Amended Complaint [ECF No. 4]. Defendant

21 was served with Plaintiff's First Amended Complaint on January 23, 2023.  The deadline for

22 Defendant to respond to Plaintiff's First Amended Complaint is February 13, 2023. On January

23 26, 2023, this Court entered an Order extending the deadline to respond to the First Amended

24 Complaint to March 15, 2023 [ECF No.9].

25         WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Defendant to

26 file its responsive pleading to Plaintiff's First Amended Complaint to April 14, 2023.

27         This is the second motion for an extension of time for Defendant to file its responsive

28 pleading. The extension is requested in good faith and is not for purposes of delay or prejudice to

                                    Page 1 of 3

1  any other party.

2      As part of this motion, Defendant agrees to participate in any Rule 26(f) conference that

3  occurs during the pendency of this extension.

4      DATED this 15th day of March, 2023.

5

6  WRIGHT, FINLAY & ZAK, LLP                    FREEDOM LAW FIRM

7  */s/ Ramir M. Hernandez*                     */s/ Gerardo Avalos*
   Ramir M. Hernandez, Esq.                     Gerardo Avalos, Esq.
8  Nevada Bar No. 13146                         Nevada Bar No. 15171
   7785 W. Sahara Ave., Suite 200               8985 S. Eastern Ave. Suite 350
9  Las Vegas, NV 89117                          Las Vegas, NV 89123
10 *Attorneys for Defendant, Fay Servicing, LLC*  *Attorneys for Plaintiff, Chad Betts*

11

12

13

14

15                                             IT IS SO ORDERED:

16

17                                             UNITED STATES MAGISTRATE JUDGE

18

19                                             DATED:        March 15, 2023

20

21

22

23

24

25

26

27

28