1
2
3
4                    UNITED STATES DISTRICT COURT
5                         DISTRICT OF NEVADA
6                                * * *
7    CHAD BETTS,                          Case No.2:22-CV-2162  JCM (EJY)
8                          Plaintiff(s),
                                                        ORDER
9         v.
10   CLARITY SERVICES, INC., et al.,
11                        Defendant(s).
12
13          Presently before the court is plaintiff Chad Betts' notice of voluntary dismissal.  (ECF No.
14   17).  In it, plaintiff dismisses with prejudice his claims against Clarity Services, Inc. and Experian
15   Solutions, Inc., pursuant to Federal Rule of Civil Procedure 41.
16          Accordingly,
17          IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's claims be, and
18   the same hereby is, DISMISSED.  Each party shall bear its own costs, disbursements, and attorney
19   fees.
20          The clerk of court is instructed to close this case.
21          DATED September 12, 2025.
22
23          _____
24                 UNITED STATES DISTRICT JUDGE
25
26
27
28